IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 05-07249 BKT

**JAIME MEDINA MEDINA**  Chapter 13

**ROSA E RAMIREZ ACOSTA**

XXX-XX-6685

XXX-XX-6301

FILED & ENTERED ON 10/01/2009

Debtor(s)

**DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN**

It appearing that the debtors are entitled to a discharge.

IT IS ORDERED:

The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

In Ponce, Puerto Rico, this 01 day of October, 2009.

Brian K. Tester
U. S. Bankruptcy Judge

cc: All creditors

**SEE THE BACK THIS ORDER FOR IMPORTANT INFORMATION.**

EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain *community property* owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay any damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntary pay any debt that has been discharged.

Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharges if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

<u>Debts that are Not Discharged.</u>

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

   a. Debts that are in the nature of alimony, maintenance, or support;
   a. Debts for most student loans;
   b. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   c. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;
   d. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and
   e. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: irizm              Page 1 of 1              Date Rcvd: Oct 01, 2009
Case: 05-07249                 Form ID: pdf001          Total Noticed: 23
```

The following entities were noticed by first class mail on Oct 03, 2009.
```
db/jdb      +JAIME MEDINA MEDINA,    ROSA E RAMIREZ ACOSTA,    JARDINES DEL CARIBE,    FF 33 CALLE 33,
              PONCE, PR 00728-2609
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr           BPPR AS SERVICING AGENT OF POPULAR MORTGAGE,    PO BOX 9023593,    SAN JUAN, PR  00902-3593
cr           DORAL BANK,    C/O SERGIO A RAMIREZ DE ARELLANO ESQ,    PO BOX 9024253,    SAN JUAN, PR  00902-4253
cr          +PR ACQUISITIONS,    4TH FLOOR #401,    270 MUNOZ RIVERA,    SAN JUAN, PR 00918-1901,    PUERTO RICO
2191534      AEELA,    PO BOX 364508,    SAN JUAN PR 00936-4508
2191535      AMERICAN EDUCATION SERVICES,    PO BOX 2461,    HARRISBURG PA 17105-2461
2191536     +BANCO BILBAO VIZCAYA,    PO BOX 364745,    SAN JUAN PR 00936-4745
2692186      BANCO POPULAR PUERTO RICO,    CARDONA JIMENEZ LAW OFFICE, PSC,    PO BOX 9023593,
              SAN JUAN PR  00902-3593
2191537      BANCO SANTANDER,    PO BOX 362589,    SAN JUAN PR 00936-2589
2202365     +CITIBANK (USA)NA,    P.O. Box 182149,    COLUMBUS OH 43218-2149
2204723     +CommoLoCo,    9193 Calle Marina Ste 2,    Ponce PR 00717-1581
2205522      DORAL BANK,    PO BOX 13977,    SAN JUAN PR 00908-3977
2191539      DORAL BANK,    PO BOX 308,    CATANO PR 00963-0308
2200139      POPULAR AUTO,    CONSUMER BANKRUPTCY DEPT,    PO BOX 366818,    SAN JUAN PR 00936-6818
2438176     +PR Acquisitions, LLC,    Care Of Operating Partners Co., Inc.,    270 Munoz Rivera Ave.,
              4th Floor, No. 40,    San Juan, Puerto Rico 00918-1901
2262386      R&G MORTGAGE CORPORATION,    CARDONA-JIMENEZ LAW OFFICE,    PO BOX 9023593,
              SAN JUAN, PR 00902-3593
2191540      RG MORTGAGE,    GPO BOX 362394,    SAN JUAN PR 00936-2394
2191541      SEARS,    PO BOX 70148,    SAN JUAN PR 00936-8148
```
The following entities were noticed by electronic transmission on Oct 01, 2009.
```
2191538      E-mail/PDF: CBP@AGFINANCE.COM Oct 01 2009 18:47:56      COMMOLOCO,    PO BOX 363769,
              SAN JUAN PR 00936-3769
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +R&G MORTGAGE CORPORATION,    CARDONA-JIMENEZ LAW OFFICE,    PO BOX 9023593,
              SAN JUAN, PR 00902-3593
                                                                                             TOTALS: 0, * 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2009**                        **Signature:** *Joseph Speetjens*